GOVERNMENT
EXHIBIT

**001**

FILED
AT ___ O'CLOCK ___ M
DISTRICT CLERK

2007 FEB 23  PM 3 10

EL PASO COUNTY, TEXAS

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

243ᴿᴰ DISTRICT COURT

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO.   20050D03874 |
| | § | |
| SAMUEL VELASCO, | § | |
| | § | |
| Defendant. | § | |

## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, JOSEPH (SIB) ABRAHAM, JR., attorney at law, and moves this Court to allow him to enter as counsel of record for SAMUEL VELASCO and that MARY STILLINGER be permitted to withdraw and be relieved of all further responsibility in connection with this case. As reason, said counsel would respectfully show unto the Court the following:

**I.**

SAMUEL VELASCO has retained Joseph (Sib) Abraham, Jr. to represent him in the above entitled and numbered cause.



WHEREFORE, PREMISES CONSIDERED, movant prays that he be granted permission to enter as counsel for SAMUEL VELASCO and that MARY STILLINGER be relieved of all further responsibility in connection with this case.

Respectfully Submitted,

JOSEPH (SIB) ABRAHAM, JR.
Attorney for Defendant
State Bar No. 00821000
P.O. Box 512312
El Paso, Texas  79951-0004
Tel. (915)544-7860
Fax (915)532-4768

MARY STILLINGER
Attorney at Law
State Bar No. _____
4911 Alameda
El Paso, Texas  79905
Tel (915) 544-0415
Fax (915) 775-1337

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 23 day of February, 2007, a true and correct copy of the foregoing instrument was delivered to the office of the District Attorney, 500 E. San Antonio, Suite 201, El Paso, Texas 79901.

JOSEPH (SIB) ABRAHAM, JR.

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____ Deputy
AUG 08 2016

02/23/2007  15:17  9157751337

02/23/2007  13:00  9155324768

JOSEPH ABRAHAM ATTY

PAGE  03

PAGE  03

WHEREFORE, PREMISES CONSIDERED, movant prays that he be granted permission

to enter as counsel for SAMUEL VELASCO and that MARY STILLINGER be relieved of all

further responsibility in connection with this case.

Respectfully Submitted,

JOSEPH (SIB) ABRAHAM, JR.
Attorney for Defendant
State Bar No. 00821000
P.O. Box 512312
El Paso, Texas  79951-0004
Tel. (915)544-7860
Fax (915)532-4768

MARY STILLINGER
Attorney at Law
State Bar No. 19239500
4911 Alameda
El Paso, Texas  79905
Tel (915) 544-0415
Fax (915) 775-1337

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 23 day of February, 2007, a true and
correct copy of the foregoing instrument was delivered to the office of the District Attorney, 500
E. San Antonio, Suite 201, El Paso, Texas 79901.

JOSEPH (SIB) ABRAHAM, JR.

2

GOVERNMENT
EXHIBIT
**002**

FILED
~~~~~ SANCHEZ
~~~~~~

07 MAR 16 AM 9: 54

~~~~~~ UNTY, TEXAS
BY ~~~~~~
DEPUTY

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

243<sup>RD</sup> DISTRICT COURT

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO.   20050D03874 |
| | § | |
| SAMUEL VELASCO, | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on this day came on to be considered the Motion for Continuance in the above entitled and numbered cause, and the Court after considering said Motion is of the opinion that the following order should be entered;

IT IS ORDERED, the Defendant's Motion for Continuance, filed in the above entitled and numbered cause, be and the same is hereby (GRANTED) (DENIED).

SIGNED this the _1_ day of _March_, 2007.

_____
JUDGE

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____ Deputy
AUG 08 2016

GOVERNMENT
EXHIBIT
003

FILED
GILBERT SANCHEZ
DISTRICT CLERK

DISTRICT ATTORNEY
RZA

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

2007 FEB 28 P 4:56    243RD DISTRICT COURT

EL PASO COUNTY, TEXAS

BY _____ DEPUTY

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| SAMUEL VELASCO, | § |
| | § |
| Defendant. | § |

NO.  20050D03874

## DEFENDANT'S MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, SAMUEL VELASCO, Defendant in the above-styled and numbered cause by and through his attorney of record, JOSEPH (SIB) ABRAHAM, JR., and files this his Motion for Continuance of the proceedings presently pending and as grounds would respectfully show the Court the following:

### I.

The instant case is scheduled for judge's conference on March 5, 2007 at 10:30 a.m.; jury trial on March 6, 2007, at 9:00 a.m..

### II.

Attorney for Defendant will state that on January 18, 2007, he began the jury trial in the case of <u>United States v. Florita Tolentino, et. al.</u>, Cause No. EP-04-CR-02091(4)-KC, filed in the United States District Court, Western District of Texas, El Paso Division. See Exhibit "A" attached hereto and made a part hereof for all intents and purposes as if fully incorporated herein.

Attorney for Defendant will further state that the <u>Tolentino</u> case is a multi-defendant/multi-count case which counsel for Defendant asserts is also a complex case which will involve over 70 witnesses for the Government, as well as the defense, and the trial is expected to last five to seven weeks. The Government has anticipated that their case-in-chief will last approximately five weeks and the Defendant's case may last another two to three weeks. However, the exact length of the <u>Tolentino</u> case is unknown at this time.

Additionally, Attorney for Defendant will state that he has just recently been retained by Defendant to represent him in the instant case. Therefore, Attorney for Defendant needs additional time, after the conclusion of the <u>Tolentino</u> trial, in which to prepare for this case and therefore requests that the court proceedings be rescheduled at a later date so that he can provide the Defendant with the effective assistance of counsel the Defendant is entitled to receive.

For the above reasons, Attorney for Defendant requests that the court proceedings in this case be rescheduled to a later date.

### III.

That this continuance is not sought for the purposes of delay, nor is this Motion necessary due to the procrastination, bad planning or bad faith on the part of the Defendant or Defendant's Attorney, but rather, a continuance is necessary for the Defendant to have a full and fair opportunity to present her case at the proceedings and so that justice may be done.



WHEREFORE, PREMISES CONSIDERED, attorney for Defendant prays that this Motion be, in all things, granted and that this case be set at a later date.

Respectfully submitted,

JOSEPH (SIB) ABRAHAM, JR.
Attorney for Defendant
State Bar No. 00821000
P.O. Box 512312
El Paso, Texas   79951-0004
Tel (915) 544-7860
Fax (915) 532-4768

## VERIFICATION

I, JOSEPH (SIB) ABRAHAM, JR., being first duly sworn, depose and say that I am the authorized person named below, that I have read the foregoing Motion, and the facts and matters contained therein are true and correct to the best of my knowledge or belief.

JOSEPH (SIB) ABRAHAM, JR.

SUBSCRIBED AND SWORN to before me on this the 28ᵗʰ day of February, 2007.

ROSA MARIA LOPEZ
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
JANUARY 11, 2008

NOTARY PUBLIC in and for
The State of Texas

My Commission Expires:
01-11-2008

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____ Deputy

3

AUG 0 8 2016

DISTRICT COURTS
EL PASO COUNTY, TEXAS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the ____ day of _____, 2007, a true and correct copy of the foregoing instrument was delivered to District Attorney's Office, 500 E. San Antonio, Suite 203, El Paso, Texas 79901.

_____
JOSEPH (SIB) ABRAHAM, JR.



4

Case 3:04-cr-02091-KC    Document 208    Filed 01/04/2007    Page 1 of

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

|  |  |  |
|---|---|---|
| USA | § § § § § § § | CRIMINAL NO: EP:04-CR-02091(4,5,6)-KC |
| vs. |  |  |
| (4) Florita Cedro Tolentino (5) Noel Cedro Tolentino (6) Angelica Tolentino |  |  |

## ORDER RESETTING JURY SELECTION/TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for JURY SELECTION/TRIAL in Courtroom 3, on the 1st Floor of the United States Courthouse, 511 E. San Antonio, El Paso, TX, on Thursday, January 18, 2007 at 01:30 PM.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 4th day of January, 2007.

_Kathleen Cardone_

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE



EXHIBIT
A



DISTRICT COURTS
EL PASO COUNTY, TEXAS

AGENCY CASE # EPPD#05-013064

SUBPOENA—FELONY CASE

PID # 1077948

NO. 20050D03874 - DC243

THE STATE OF TEXAS

07 FEB 26 PH 3: 45

TO ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS—GREETING:
YOU ARE HEREBY COMMANDED TO SUMMON:

RUTH VELASCO SAGREDO   500 E. SAN ANTONIO AVE.   EL PASO, TX 79903

to be and appear

before the Honorable **243RD DISTRICT COURT** Judicial District Court of El Paso County, Texas to be held at the Court House in said Court, in El Paso, on the **6th** day of **March** A.D. **2007** at **8:00** o'clock **A.M.**
Then and there to testify as Witness whose testimony is material to the State in a criminal action pending in said Court, (ADA BILL ANDERSON)
wherein The State of Texas is Plaintiff and        **VELASCO, SAMUEL** is Defendant
and there remain from day to day and from term until discharged by due course of law.

Sheriff or Constable to make due return of this Writ, showing how you have the same, INSTANTER.
Witness my official signature and seal at El Paso, Texas and issued this **26th** day of **February** A.D. **2007**

176.8(a)   **Contempt.** Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena was issued, or a district court in the county in which the subpoena was served, and may be punished by fine or confinement or both.

GILBERT SANCHEZ
Clerk, District Court, El Paso, County, Texas

Deputy

ACCEPTANCE OF SERVICE

The undersigned witness named in this Subpoena acknowledge receipt of a copy thereof and hereby accepts and waives service of such subpoena.

_____
Signature of Witness and Date

Investigator Robert B. Gonzales 546-2059 Ext. 3025

**OFFICER'S RETURN**

Came to hand the __27__ day of __Feb.__, A.D. 2007 at __11:45__ o'clock __A__.M. and executed by delivering a copy of this subpoena in person to the within named witness at the following time and place to-wit:

NAME              TIME              PLACE & DISTANCE              MILEAGE

BY __Robert B Hazel__ # 416 Deputy

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____ Deputy
AUG 08 2016

GOVERNMENT
EXHIBIT
004

GOVERNMENT
EXHIBIT
005

# 243RD DISTRICT COURT
# EL PASO COUNTY, TEXAS

STATE OF TEXAS

V. *Samuel Velasco*

OTHER CAUSE NO: 20050003874

**ORDER OF COURT SETTING**

1. This cause is **SET** for the following:

    ARRAIGNMENT _____

    PRE-TRIAL 28.01s _____

    JUDGE'S CONFERENCE *July 30, 2007 at 1:30 PM*

    TRIAL *July 31, 2007 at 8:00 AM*

    PRE-REVOCATION/
    CONTESTED REVOCATION _____

    OTHER _____

2. The defendant's presence at the next setting (IS) (IS NOT) waived. *(Circle one.)*

3. The defendant is in jail:   ☐ YES   ☑ NO

4. The defendant's bondsman is: *Lolita's Bail*

5. The defendant's attorney is: *Lolita's Bail* and his presence at the time

    and place set out above is required.

SIGNED AND ENTERED THIS _5th_ day of _March_ 20_07_

_____
DAVID C. GUADERRAMA, JUDGE

_____
ATTORNEY FOR DEFENDANT

_____
DEFENDANT

_____
ATTORNEY FOR STATE

_____
COMMUNITY SUPERVISION OFFICER

District Clerk – White Copy
District Court – Green Copy
District Attorney – Yellow Copy
Attorney for Defendant – Pink Copy
Defendant – Gold Rod Copy

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____ Deputy
AUG 0 8 2016

DISTRICT COURTS
EL PASO COUNTY, TEXAS

GOVERNMENT
EXHIBIT
**006**



FILED
GILBERT SANCHEZ
DISTRICT CLERK

2007 MAR 29 AM 11 39

EL PASO COUNTY, TEXAS

BY _____

DEPUTY

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

243<sup>RD</sup> DISTRICT COURT

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO.   20050D03874 |
| | § | |
| SAMUEL VELASCO, | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on this day came on to be considered Defendant's Motion for Substitution of Counsel in the above entitled and numbered cause, and the Court after considering said Motion is of the opinion that the following order should be entered;

IT IS THEREFORE ORDERED that the Motion to Substitute Counsel, filed in the above entitled and numbered cause, be and the same is hereby (GRANTED) (DENIED).

IT IS FURTHER ORDERED that JOSEPH (SIB) ABRAHAM, JR. be substituted as counsel of record for SAMUEL VELASCO and that MARY STILLINGER be relieved of all further responsibility in connection with this case.

SIGNED this the _1_ day of _March_, 2007.

_____
JUDGE

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____
Deputy
AUG 0 8 2016

GOVERNMENT
EXHIBIT
**007**

FILED
GILBERT SANCHEZ
DISTRICT CLERK

2008 FEB 8 PM 4 11

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

EL PASO COUNTY, TEXAS

243RD DISTRICT COURT

BY _____

DEPUTY

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO.   20050D03874 |
| | § | |
| SAMUEL VELASCO, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, SAMUEL VELASCO, Defendant in the above-styled and numbered cause by and through his attorney of record, JOSEPH (SIB) ABRAHAM, JR., and files this his Motion for Continuance of the proceedings presently pending and as grounds would respectfully show the Court the following:

### I.

The instant case is scheduled for a jury trial on February 26, 2008, at 9:00 a.m.

### II.

Attorney for Defendant will state that this case involves many witnesses which will have to be interviewed.

Furthermore, there is discovery which needs to be reviewed and investigated prior to trial. Attorney for Defendant needs additional time in which to complete his investigation and prepare for the trial of this case.

For the above reasons, Attorney for Defendant requests that the court proceedings in this case be rescheduled to a later date in order for Counsel to provide the Defendant with the effective assistance of counsel he is entitled to receive.

### III.

Assistant District Attorney Lisa Clausen does not object to the granting of the instant motion.

### IV.

That this continuance is not sought for the purposes of delay, nor is this Motion necessary due to the procrastination, bad planning or bad faith on the part of the Defendant or Defendant's Attorney, but rather, a continuance is necessary for the Defendant to have a full and fair opportunity to present his case at the proceedings and so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, attorney for Defendant prays that this Motion be, in all things, granted and that this case be set at a later date.

Respectfully submitted,

JOSEPH (SIB) ABRAHAM, JR.
Attorney for Defendant
State Bar No. 00821000
P.O. Box 512312
El Paso, Texas   79951-0004
Tel (915) 544-7860
Fax (915) 532-4768

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____ Deputy
AUG 0 8 2016



## VERIFICATION

I, JOSEPH (SIB) ABRAHAM, JR., being first duly sworn, depose and say that I am the authorized person named below, that I have read the foregoing Motion, and the facts and matters contained therein are true and correct to the best of my knowledge or belief.

JOSEPH (SIB) ABRAHAM, JR.

SUBSCRIBED AND SWORN to before me on this the ___8ᵀᴴ___ day of _FEBRUARY_, 2008.

NOTARY PUBLIC in and for
The State of Texas

My Commission Expires:
O1-11-2012

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 8ᵗʰ day of February, 2008, a true and correct copy of the foregoing instrument was delivered to Lisa Clausen, Assistant District Attorney, 500 E. San Antonio, Suite 203, El Paso, Texas 79901.

JOSEPH (SIB) ABRAHAM, JR.



3

GOVERNMENT
EXHIBIT
**008**

IN THE 243<sup>RD</sup> DISTRICT COURT

EL PASO COUNTY, TEXAS

FILED
GILBERT SANCHEZ
DISTRICT CLERK

2006 SEP 12 PM 4 16

EL PASO COUNTY, TEXAS

BY _____
    DEPUTY

| | |
|---|---|
| THE STATE OF TEXAS | ) |
| | ) |
| v. | ) |
| | ) |
| SAMUEL VELASCO | ) |

CASE NO. 20050D03874

## AGREED MOTION FOR CONTINUANCE

Come now Defendant Samuel Velasco, by and through his undersigned attorney, and the State of Texas, by and through her Assistant District Attorney, and move this Court to continue the Trial set for September 19, 2006, and would show the Court the following:

I.

Assistant District Bill Anderson, who has been handling this case for the past year, will be beginning a jury trial in the 171<sup>st</sup> District Court on September 18, 2006.

II.

Mr. Velasco recently discovered that he needs surgery on his knee. He was delaying surgery due to the impending trial, but is in constant pain due to his condition. He would rather have the surgery, and a reasonable time to recuperate, before facing trial in this case. A trial date in November, or thereafter, would accommodate this concern.

III.

This continuance is not sought for the purposes of delay, but due to an irreconcilable scheduling conflict. The interests of justice and the interests of both parties are therefore served by this brief continuance.

WHEREFORE, it is respectfully requested that the Court grant this motion and continue trial in this case.

Respectfully submitted,

By: _____

MARY STILLINGER
Texas Bar No. 19239500
4911 Alameda Ave.
El Paso, Texas  79905
(915) 775-0705

## Verification

STATE OF TEXAS,                    )
COUNTY OF EL PASO                  )

Before me, the undersigned Notary Public, on this day personally appeared Mary Stillinger, who, after being dully sworn, stated under oath that she has read the foregoing Agreed Motion for Continuance and that every statement contained therein is within her personal knowledge and is true and correct.

_____

MARY STILLINGER

SUBCRIBED AND SWORN TO BEFORE ME on this 13th day of September, 2006.

_____

NOTARY PUBLIC in and for the State of Texas.

My Commission Expires:

_____

AGREED:

_____
Assistant District Attorney

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk

By _____
Deputy
AUG 08 2016

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Agreed Motion has been faxed to the delivered to the District Attorney's Office at (915) 533-5520 on this _12 th_ day of September, 2006.

MARY STILLINGER



AGENCY CASE # 05-013064

SUBPOENA—FELONY CASE

PID # 1077948

NO. 20050D03874 - DC243

THE STATE OF TEXAS

FILED

2007 JL 20 AM 9:52

TO ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS—GREETING:
YOU ARE HEREBY COMMANDED TO SUMMON:

SANCHEZ
CLERK

**RUTH VELASCO SAGREDO   500 E. SAN ANTONIO AVE.   EL PASO, TX 79903**

to be and appear

before the Honorable **243RD DISTRICT COURT** Judicial District Court of El Paso County, Texas to be held at the Court House in said Court, in El Paso, on the **31st** day of **July** A.D. **2006** at **1:00** o'clock **P.M.**
Then and there to testify as Witness whose testimony is material to the **State** in a criminal action pending in said Court, **(ADA PENNY HAMILTON)**
wherein The State of Texas is Plaintiff and **VELASCO, SAMUEL** is Defendant
and there remain from day to day and from term until discharged by due course of law.

Sheriff or Constable to make due return of this Writ, showing how you have the same, **INSTANTER.**
Witness my official signature and seal at El Paso, Texas and issued this **16th** day of **July** A.D. **2007**

176.8(a) **Contempt.** Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena was issued, or a district court in the county in which the subpoena was served; and may be punished by fine or confinement or both.

**GILBERT SANCHEZ**
Clerk, District Court, El Paso, County, Texas

By _____ Deputy

**ACCEPTANCE OF SERVICE**

The undersigned witness named in this Subpoena acknowledge receipt of a copy thereof and hereby accepts and waives service of such subpoena.

X _____   7/19/07 @ 1540

Signature of Witness and Date

**Investigator Robert B. Gonzales 546-2059 Ext. 3025**

**OFFICER'S RETURN**

Came to hand the 19 day of _July_ , A.D. 20 07 at 3:40 o'clock P .M. and executed by delivering a copy of this subpoena in person to the within named witness at the following time and place to-wit:

| NAME | TIME | PLACE & DISTANCE | MILEAGE |
|------|------|------------------|---------|
| Served in person | | | |

By Robert B Gonzales   # 4115 _____ Deputy.
D. D. Investigator

GOVERNMENT
EXHIBIT
009



A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____ Deputy
AUG 08 2016

GOVERNMENT
EXHIBIT
**010**

IN THE _243_ JUDICIAL DISTRICT COURT
OF _El Paso_ COUNTY, TEXAS

2003 MAR 26 PM 4 39

**STATE OF TEXAS**

VS.                              NO. _2005CD03874_
                                 _Agg Sexual Assault Ct I_
_Samuel Velasco_                 _Indecency Cts II and III_

### MOTION TO DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW,** comes the **State of Texas** by and through her Assistant District Attorney and moves the Court to dismiss the above entitled and numbered cause in which the above referenced Defendant is charged with the offense of _Agg sexual assault + Indecency_ for the reason that:

1. _____ The evidence is insufficient;
2. _____ The said Defendant was convicted in another case;
3. _X_ The complaining witness has requested. dismissal;
4. _____ The case has been refiled: _____;
5. _____ The case has been 12.45'd into _____;
6. _____ The evidence has been suppressed or is suppressible;
7. _____ The necessary witness(es) cannot be located;
8. _____ The said Defendant is a juvenile;
9. _____ The said Defendant died on _____;
10. _____ Other _____

_____
_____

and for cause would show the court the following:

Respectfully submitted,

_[signature]_

Assistant District Attorney

Bar ID#06666450
JAIME E. ESPARZA

### ORDER

The above-entitled and numbered cause is hereby dismissed on the foregoing motion for the reasons herein above stated.

**ENTERED** this the _26_ day of _March_, 20_09_

_[signature]_

JUDGE

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk

By _[signature]_ Deputy

AUG 08 2016

_[seal: DISTRICT COURTS EL PASO COUNTY, TEXAS]_

GOVERNMENT
EXHIBIT
011

9/12/05   Arraignment waived.

1/09/06   JC – Statemans to continue – unopposed – granted (1st)

4/03/06   D – A moves to continue – unopposed – granted 2nd

6/26/06   D – Ready

6/27/06   TRIAL – other case tried (3rd)

9/18/06   D – A moves to continue – unopposed – granted (4th)

8/01/07   Signed order schs. S. Abraham for M. Stillinger
          A moves to continue, unopposed (Bill Anderson) (5th)
          granted

7/30/07   D – Contd on A's motion – unopposed – granted 6th

2/25/08   D – Agreed contd

5/27/08   TRIAL – A moves to continue – opposed – granted
          Status in 30 + trial in 30 after that

9/04/08   A's motion to continue granted. Trial
          date set on dates w/ no conflict
          for Mr. Abraham + R. Velarde. No
          further continuances

11/07/08  Judge's Conference – A moves to continue
          A ill + unable to stand stress of trial. Ct
          both D atty stated will clear all conflicts + Ct
          insisted if A still ill put they bring in Doctor
          to court to discuss condition.

12/09/08  Judge's Conference – A ready State moves
          to continue – unopposed – granted

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____ Deputy
AUG 08 2016

GOVERNMENT
EXHIBIT
**012**

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

2007 JUL 27 PM 3 43

243^RD DISTRICT COURT

BY _____

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | NO.   20050D03874 |
| | § | |
| SAMUEL VELASCO, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, SAMUEL VELASCO, Defendant in the above-styled and numbered cause by and through his attorney of record, JOSEPH (SIB) ABRAHAM, JR., and files this his Motion for Continuance of the proceedings presently pending and as grounds would respectfully show the Court the following:

### I.

The instant case is scheduled for judge's conference on July 30, 2007, at 1:30 p.m. for jury trial on July 31, 2007 at 8:00 a.m.

### II.

Attorney for Defendant will state that this case involves many witnesses which will have to be interviewed.



Furthermore, there is discovery which needs to be reviewed and investigated prior to trial. Attorney for Defendant needs additional time in which to complete his investigation and prepare for the trial of this case.

For the above reasons, Attorney for Defendant requests that the court proceedings in this case be rescheduled to a later date in order for Counsel to provide the Defendant with the effective assistance of counsel he is entitled to receive.

### III.

Assistant District Attorney Penny Hamilton does not object to the instant motion.

### IV.

That this continuance is not sought for the purposes of delay, nor is this Motion necessary due to the procrastination, bad planning or bad faith on the part of the Defendant or Defendant's Attorney, but rather, a continuance is necessary for the Defendant to have a full and fair opportunity to present his case at the proceedings and so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, attorney for Defendant prays that this Motion be, in all things, granted and that this case be set at a later date.

Respectfully submitted,

JOSEPH (SIB) ABRAHAM, JR.
Attorney for Defendant
State Bar No. 00821000
P.O. Box 512312
El Paso, Texas  79951-0004
Tel (915) 544-7860
Fax (915) 532-4768

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk

By _____
Deputy

AUG 0 8 2016



## VERIFICATION

I, JOSEPH (SIB) ABRAHAM, JR., being first duly sworn, depose and say that I am the authorized person named below, that I have read the foregoing Motion, and the facts and matters contained therein are true and correct to the best of my knowledge or belief.

_____
JOSEPH (SIB) ABRAHAM, JR.

SUBSCRIBED AND SWORN to before me on this the 27TH day of July, 2007.


ROSA MARIA LOPEZ
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
JANUARY 11, 2008

_____
NOTARY PUBLIC in and for
The State of Texas

My Commission Expires:
01-11-2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 27TH day of July, 2007, a true and correct copy of the foregoing instrument was delivered to District Attorney's Office, 500 E. San Antonio, Suite 203, El Paso, Texas 79901.

_____
JOSEPH (SIB) ABRAHAM, JR.



3

GOVERNMENT
EXHIBIT
**013**

# 243<sup>RD</sup> DISTRICT COURT

THE STATE OF TEXAS

vs.

VELASCO, SAMUEL

Cause No. 20010D03874

2007 AU -1  AM 11: 30

GILBERT SANCHEZ
DISTRICT CLERK

BY

1. This cause is **S E T** for the following:

| | |
|---|---|
| 07/31/07 - 08:00am - JURY TRIAL | |
| 02/25/08 - 01:30pm - JUDGE'S CONFERENCE | |
| 02/26/08 - 08:00am - JURY TRIAL | |

2. Defendant is in jail:  NO

3. The defendant's bondsman is  .

4. Defendant's attorney is **ABRAHAM, JOSEPH SIB**, and his/her presence at the time and place set out above is required.

**SIGNED AND ENTERED THIS  JULY 30, 2007.**

DAVID C. GUADERRAMA, JUDGE

ABRAHAM, JOSEPH SIB

ATTORNEY FOR DEFENDANT

VELASCO, SAMUEL

DEFENDANT

ATTORNEY FOR STATE

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk

By

Deputy

AUG 0 8 2016

DISTRICT COURTS
EL PASO COUNTY, TEXAS

GOVERNMENT
EXHIBIT
**014**

**AGENCY CASE # 05-013064**

SUBPOENA—FELONY CASE

**THE STATE OF TEXAS**

PID # 1077948

**NO. 20050D03874 - DC243**

TO ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS—GREETING:
YOU ARE HEREBY COMMANDED TO SUMMON:

**RUTH VELASCO SAGREDO  500 E. SAN ANTONIO AVE.  EL PASO, TX 79903**

FILED
GILBERT SANCHEZ
DISTRICT CLERK

2008 MAY 27  A 9: 39

EL PASO COUNTY, TEXAS
BY _____

to be and appear

before the Honorable **243RD DISTRICT COURT** Judicial District Court of El Paso County, Texas to be held at the Court House in said Court, in El Paso, on the **27th** day of **MAY A.D. 2008** at **1:00** o'clock **P.M.**
Then and there to testify as Witness whose testimony is material to the **State** in a criminal action pending in said Court, (**ADA HUMBERTO ACOSTA**)

wherein The State of Texas is Plaintiff and    **VELASCO, SAMUEL is Defendant**
and there remain from day to day and from term until discharged by due course of law.

Sheriff or Constable to make due return of this Writ, showing how you have the same, **INSTANTER.**
Witness my official signature and seal at El Paso, Texas and issued this **8th** day of **May**  A.D. **2008**

176.8(a)    Contempt. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena was issued, or a district court in the county in which the subpoena was served, and may be punished by fine or confinement or both.

**GILBERT SANCHEZ**
Clerk, District Court, El Paso, County, Texas

_____
Deputy

**ACCEPTANCE OF SERVICE**

The undersigned witness named in this Subpoena acknowledge receipt of a copy thereof and hereby accepts and waives service of such subpoena.

5/23/08
Signature of Witness and Date

**Investigator ALBERTO MACHORRO 546-2059 Ext. 3410**

**OFFICER'S RETURN**

Came to hand the _23_ day of _May_ , A.D. 20_08_ at _400_  o'clock _P_ .M. and executed by delivering a copy of this subpoena in person to the within named witness at the following time and place to-wit:

| NAME | TIME | PLACE & DISTANCE | MILEAGE |
|------|------|------------------|---------|
| _Ruth Velasco 401 Pm 500 E. San Antonio_ | | | |

BY _____ Deputy
_LC'19 Inv'T._

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____
Deputy

AUG 08 2016

GOVERNMENT
EXHIBIT
**015**

## 243RD DISTRICT COURT

STATE OF TEXAS

v.

VELASCO, SAMUEL

CAUSE NO.: 20050D03874

### ORDER OF COURT SETTING

1. This cause is **S E T** for the following:

PRE-TRIAL/28.01'S
          10/10/2005          **09:00 AM**
JUDGE'S CONFERENC
          01/09/2006          **01:30 PM**
TRIAL
          01/10/2006          **08:00 AM**

2. The defendant is in jail:   B

3. The defendant's bondsman is:   LOLITA'S BAIL;DOB:6/20/75

3. The defendant's attorney is:   None

and his precense at the time and place set out above is
required.

SIGNED AND ENTERED THIS     Thursday, September 08, 2005

DAVID C. GUADERRAMA, JUDGE

ATTORNEY FOR DEFENDANT

DEFENDANT

ATTORNEY FOR STATE

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____ Deputy

AUG 0 8 2016



**243RD DISTRICT COURT**

STATE OF TEXAS

v.

VELASCO, SAMUEL

CAUSE NO.: 20050D03874

**ORDER OF COURT SETTING**

1. This cause is **S E T** for the following:

    JUDGE'S CONFERENC
    06/26/2006          **01:30 PM**
    TRIAL
    06/27/2006          **08:00 AM**

2. The defendant is in jail:    B

3. The defendant's bondsman is:    LOLITA'S BAIL;DOB:6/20/75

3. The defendant's attorney is:    M STILLINGER

    and his precense at the time and place set out above is

    required.

    SIGNED AND ENTERED THIS    Monday, April 03, 2006

                                    DAVID C. GUADERRAMA, JUDGE

_____
ATTORNEY FOR DEFENDANT

_____
DEFENDANT

_____
ATTORNEY FOR STATE

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____ Deputy
AUG 0 8 2016



GOVERNMENT
EXHIBIT
**016**

GOVERNMENT
EXHIBIT
**017**

AGENCY CASE # 05-013064

PID # 1077948

SUBPOENA—FELONY CASE

NO. 20050D03874 - DC243

## THE STATE OF TEXAS

TO ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS—GREETING:
YOU ARE HEREBY COMMANDED TO SUMMON:

FILED
GILBERT SANCHEZ
DISTRICT CLERK

**RUTH VELASCO SAGREDO   500 E. SAN ANTONIO AVE.   EL PASO, TX 79901** 08 NOV 3 P 1: 38

EL PASO COUNTY, TEXAS

to be and appear

before the Honorable **243RD DISTRICT COURT** Judicial District Court of El Paso County, Texas to be held at the Court House in said Court, in El Paso, on the **12th** day of **NOVEMBER** A.D. **2008** at **1:00** o'clock **P.M.**

Then and there to testify as Witness whose testimony is material to the State in a criminal action pending in said Court, (ADA PENNY HAMILTON)

wherein The State of Texas is Plaintiff and **VELASCO, SAMUEL is Defendant**
and there remain from day to day and from term until discharged by due course of law.

Sheriff or Constable to make due return of this Writ, showing how you have the same, INSTANTER.

Witness my official signature and seal at El Paso, Texas and issued this **3rd** day of **November** A.D. **2008**

176.8(a)    **Contempt.** Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena was issued, or a district court in the county in which the subpoena was served and may be punished by fine or confinement, or both.

GILBERT SANCHEZ                                                                    By
Clerk, District Court, El Paso, County, Texas                                        Deputy

ACCEPTANCE OF SERVICE

The undersigned witness named in this Subpoena acknowledge receipt of a copy hereof and hereby accepts and waives service of such subpoena.

                                                                           Signature of Witness and Date

**Investigator ALBERTO MACHORRO 546-2059 Ext. 3410**

### OFFICER'S RETURN

Came to hand the _____ day of _____, A.D. 20___ at _____ o'clock _____.M. and executed by delivering a copy of this subpoena in person to the within named witness at the following time and place to-wit:

| NAME | TIME | PLACE & DISTANCE | MILEAGE |
|------|------|------------------|---------|
|      |      |                  |         |

BY _____Deputy.



A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____ Deputy

AUG 08 2016

GOVERNMENT
EXHIBIT
**018**

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

243RD JUDICIAL DISTRICT

| | |
|---|---|
| THE STATE OF TEXAS | ) |
| | ) |
| v. | )    Cause No. 20050D03874 |
| | ) |
| SAMUEL VELASCO | ) |

### NOTICE OF TESTIMONY BY EXPERT

COMES NOW THE DEFENDANT, SAMUEL VELASCO, by and through his undersigned attorney, and gives this notice, pursuant to Rule 702 of the Texas Rules of Evidence.

Defendant intends to call Dr. Marcelo Rodriguez-Chevrez, 1717 Brown St., Bldg. 2B, El Paso, Texas 79902, to testify as an expert in the above-captioned case.

Respectfully submitted,

**RAY VELARDE**
State Bar No. 20539950
1216 Montana Avenue
El Paso, Texas 79902
(915) 532-6003/542-2341 FAX
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to Ms. Penny Hamilton, Assistant District Attorney, 500 E. San Antonio, Room 201, El Paso County, Texas, on this 5th day of November 2008.

**RAY VELARDE**

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By
Deputy
AUG 08 2016

GOVERNMENT
EXHIBIT
**019**

## THE STATE OF TEXAS

### NO. 20050D03874

TO ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS GREETING: YOU ARE HEREBY COMMANDED TO SUMMON:

JUAN ANTONIO NUNEZ           12372 TIERRA APACHE DR.
                             EL PASO, TEXAS 79938

Before the Honorable  243$^{RD}$ Judicial District Court of El Paso County, Texas to be held at the Court House in said County, in El Paso, on the 12$^{TH}$ day of December A.D. 2006 at 8:00 o'clock A.M. then and there to testify as Witness in behalf of the Defendant MARY STILLINGER , attorney in a criminal action pending in said Court, wherein The State of Texas is Plaintiff and SAMUEL VELASCO  is Defendant and there remain from day to day and from term until discharged by due course of law.

Sheriff or Constable to make due return of this writ, showing how you have executed the same, INSTANTER, witness my official signature and seal at El Paso, Texas, and issued this 30$^{TH}$ day of OCTOBER, 2006.

**GILBERT SANCHEZ**
**El Paso County, Texas**

By _____
Deputy

### ACCEPTANCE OF SERVICE
### SHERIFF'S RETURN

CAME TO HAND on hand the _30th_ day of _October_ 2006
By delivering a copy of this subpoena in person to the within named witness at the following time and place to-wit:

| NAME | TIME | PLACE & DISTANCE | MILAGE |
|------|------|------------------|--------|
| Juan Antonio Nunez | 11-17-06 / 10:45 hrs | 12372 Tierra Apache Dr El Paso 7x | 79938 |

Fee $100.00

LEO SAMANIEGO, SHERIFF
EL PASO COUNTY, TEXAS

DEPUTY ALBERT BANDA #3209

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____
        Deputy
AUG 0 8 2016

DISTRICT COURTS
EL PASO COUNTY, TEXAS

GOVERNMENT
EXHIBIT

**020**

# 243<sup>RD</sup> DISTRICT COURT

THE STATE OF TEXAS

vs.

VELASCO, SAMUEL

GILBERT ~~....~~
DISTRICT

2008 SEP 9 AM 9 33

EL PASO COUNTY, TEXAS

BY _____

DEP...

Cause: 20050D03874

1. This cause is **S E T** for the following:

| | |
|---|---|
| ~~09/08/08 - 01:30pm - JUDGE'S CONFERENCE~~ | |
| ~~09/09/08 - 08:00am - JURY TRIAL~~ | |
| 11/07/08 - 01:30pm - JUDGE'S CONFERENCE | |
| 11/12/08 - 08:30am - JURY TRIAL | |

2. Defendant is in jail: NO

3. The defendant's bondsman is .

4. Defendant's attorney is **ABRAHAM, JOSEPH SIB**, and his/her presence at the time and place set out above is required.

**SIGNED AND ENTERED THIS   SEPTEMBER 04, 2008.**

_____

**DAVID C. GUADERRAMA, JUDGE**

_____
ABRAHAM, JOSEPH SIB
**ATTORNEY FOR DEFENDANT**

VELASCO, SAMUEL
_____
**DEFENDANT**

_____
**ATTORNEY FOR STATE**

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk

By _____
Deputy

AUG 08 2016

DISTRICT COURTS
EL PASO COUNTY, TEXAS

GOVERNMENT
EXHIBIT
**021**

# 243RD DISTRICT COURT

THE STATE OF TEXAS

vs.

VELASCO, SAMUEL

FILED
GILBERT SANCHEZ     Cause: 20050D03874
DISTRICT CLERK

2008 APR 30 PM 3 54

EL PASO COUNTY, TEXAS
BY _____ inia

DEPUTY

1. This cause is **S E T** for the following:

| 04/28/08 - 01:30pm - JUDGE'S CONFERENCE |
| 04/29/08 - 08:00am - JURY TRIAL |
| 05/27/08 - 08:00am - JURY TRIAL |

2. Defendant is in jail: NO

3. The defendant's bondsman is .

4. Defendant's attorney is **ABRAHAM, JOSEPH SIB**, and his/her presence at the time and place set out above is required.

SIGNED AND ENTERED THIS   APRIL 25, 2008

_____
DAVID C. GUADERRAMA, JUDGE

ABRAHAM, JOSEPH SIB
_____
ATTORNEY FOR DEFENDANT

VELASCO, SAMUEL
_____
DEFENDANT

_____
ATTORNEY FOR STATE

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____
Deputy
AUG 08 2016

GOVERNMENT
EXHIBIT
022

IN THE 243<sup>RD</sup> DISTRICT COURT

EL PASO COUNTY, TEXAS

THE STATE OF TEXAS          )
                           )
v.                         )          CASE NO. 20050D0387
                           )          BY
SAMUEL VELASCO             )

2006 NOV 28 PM 4 59

## MOTION FOR CONTINUANCE

Comes now Defendant Samuel Velasco, by and through his undersigned attorney, and moves this Court to continue the Trial set for December 11, 2006, and would show the Court the following:

I.

Defense counsel is set for trial in United States v. Gary Hernandez , EP-06-CR-1505(1)PRM, in the Western District of Texas on December 8, 2006. The undersigned attorney requested a continuation of Mr. Hernandez's trial but was denied by the Court. Under these circumstances, Counsel must seek a continuance of this case.

III.

Assistant District Attorney in this case Bill Anderson, has been contacted and has informed the undersigned that the State has no opposition to this continuance.

IV.

This continuance is not sought for the purposes of delay, but due to an irreconcilable scheduling conflict. The interests of justice and the interests of both parties are therefore served by this continuance.

WHEREFORE, it is respectfully requested that the Court grant this motion and continue the Trial in this case.

Respectfully submitted,

By: _____

MARY STILLINGER
Texas Bar No. 19239500
4911 Alameda Ave.
El Paso, Texas  79905
(915) 775-0705



A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk

By _____
                              Deputy
AUG 0 8 2016

<u>Verification</u>

STATE OF TEXAS,                              )
COUNTY OF EL PASO                            )

    Before me, the undersigned Notary Public, on this day personally appeared Mary
Stillinger, who, after being dully sworn, stated under oath that she has read the foregoing
Motion for Continuance and that every statement contained therein is within her personal
knowledge and is true and correct.

                                      _____
                                      MARY STILLINGER

    SUBCRIBED AND SWORN TO BEFORE ME on this _28th_ day of November,
2006.

                                  _____
                                  NOTARY PUBLIC in and for the State
                                  of Texas.

My Commission Expires:

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Motion has been faxed to
the District Attorney's Office at 533-5520 on this _28th_ day of November, 2006.

                                  _____
                                  MARY STILLINGER

GOVERNMENT
EXHIBIT
**023**

## 243RD DISTRICT COURT

STATE OF TEXAS

v.

VELASCO, SAMUEL

CAUSE NO.:  20050D03874

### ORDER OF COURT SETTING

1. This cause is **S E T** for the following:

JUDGE'S CONFERENC

03/05/2007        **01:30 PM**

TRIAL

03/06/2007        **08:00 AM**

2. The defendant is in jail:   B

3. The defendant's bondsman is:   LOLITA'S BAIL;DOB:6/20/75

3. The defendant's attorney is:   M STILLINGER

and his precense at the time and place set out above is

required.

SIGNED AND ENTERED THIS    Friday, December 01, 2006

DAVID C. GUADERRAMA, JUDGE

ATTORNEY FOR DEFENDANT

DEFENDANT

ATTORNEY FOR STATE

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk

By _____ Deputy

AUG 08 2016

DISTRICT COURTS
EL PASO COUNTY, TEXAS

GOVERNMENT
EXHIBIT

**024**

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

243<sup>RD</sup> DISTRICT COURT

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO.   20050D03874 |
| | § | |
| SAMUEL VELASCO, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF POSSIBLE WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, SAMUEL VELASCO, Defendant in the above entitled and numbered cause,

by and through his attorney of record, JOSEPH (SIB) ABRAHAM, JR., and herewith files his

Notice of Prospective Witnesses:

| Name | Designation |
|---|---|
| James M. Wood, Ph.D.<br>University of Texas at El Paso<br>Department of Psychology<br>El Paso, Texas  79902 | Expert |
| Sandra Troyer Kern, MFA, Med.LPC<br>300 Thunderbird – Suite 12<br>El Paso, Texas  79912 | Expert |



James W. Schutte Ph.D.                                    Expert
5959 Gateway West, Suite 365
El Paso, Texas  79925

Norma Reed                                               Expert
1310 Montana Ave.
El Paso, Texas  79902

Note, not all witnesses listed above have been subpoenaed.  Should Counsel for the State desire
the presence of any witness, Attorney for the State must refer to the District Clerk's file in order
to determine whether subpoenas have been filed.  Further, Attorney for the State must then serve
its own subpoena in order to ensure the presence of any witness.

Please refer questions to Defense Attorney, 544-7860.

                                    Respectfully submitted,


                                    JOSEPH (SIB) ABRAHAM, JR.
                                    Attorney for Defendant
                                    State Bar No. 00821000
                                    P.O. Box 512312
                                    El Paso, Texas  79951-0004
                                    Tel (915) 544-7860
                                    Fax (915) 532-4768


**Faxed to Humberto Acosta and Penny Hamilton,
Attorneys for the State at 533-5520 on this
the 12 day of May, 2008.**

Signature: _____
                JOSEPH (SIB) ABRAHAM, JR.

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
                                    2
By_____
                        Deputy
AUG 0 8 2016

GOVERNMENT
EXHIBIT
025

# 243$^{RD}$ DISTRICT COURT

THE STATE OF TEXAS

vs.

VELASCO, SAMUEL

Cause: 20050D03874

2008 DEC 18 AM 8 26
EL PASO CO. TEXAS
BY _____

1. This cause is **S E T** for the following:

| |
|---|
| 11/12/08 - 08:30am - JURY TRIAL |
| 12/08/08 - 01:30pm - JUDGE'S CONFERENCE |
| 12/09/08 - 08:00am - JURY TRIAL |

2. Defendant is in jail: NO

3. The defendant's bondsman is .

4. Defendant's attorney is **ABRAHAM, JOSEPH SIB**, and his/her presence at the time and place set out above is required.

**SIGNED AND ENTERED THIS   NOVEMBER 07, 2008.**

DAVID C. GUADERRAMA, JUDGE

ABRAHAM, JOSEPH SIB
_____
**ATTORNEY FOR DEFENDANT**

VELASCO, SAMUEL
_____
**DEFENDANT**

_____
**ATTORNEY FOR STATE**



A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____
Deputy
AUG 08 2016

DISTRICT COURTS
EL PASO COUNTY, TEXAS

GOVERNMENT
EXHIBIT

**026**

# 243<sup>RD</sup> DISTRICT COURT

THE STATE OF TEXAS

vs.

VELASCO, SAMUEL

FILED
GILBERT SANCHEZ Cause: 20050D03874
DISTRICT CLERK

2008 JUL  1  PM 3 40

EL PASO COUNTY, TEXAS

BY _____
DEPUTY

1. This cause is **S E T** for the ...

| |
|---|
| 09/08/08 - 01:30pm - JUDGE'S CONFERENCE |
| 09/09/08 - 08:00am - JURY TRIAL |

2. Defendant  is in jail:  NO

3. The defendant's bondsman is  .

4. Defendant's attorney is  **ABRAHAM, JOSEPH SIB**, and his/her presence at the time
   and place set out above is required.

SIGNED AND ENTERED THIS   JUNE 30, 2008.

DAVID C. GUADERRAMA, JUDGE

ABRAHAM, JOSEPH SIB
ATTORNEY FOR DEFENDANT

VELASCO, SAMUEL
DEFENDANT

ATTORNEY FOR STATE

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____ Deputy

AUG 0 8 2016



GOVERNMENT
EXHIBIT
027

**243RD DISTRICT COURT**

STATE OF TEXAS

v.

VELASCO, SAMUEL

CAUSE NO.: 20050D03874

**ORDER OF COURT SETTING**

1. This cause is **S E T** for the following:

JUDGE'S CONFERENC

    12/11/2006    **01:30 PM**

TRIAL

    12/12/2006    **08:00 AM**

2. The defendant is in jail:   B

3. The defendant's bondsman is:   LOLITA'S BAIL;DOB:6/20/75

3. The defendant's attorney is:    M STILLINGER

and his precense at the time and place set out above is

required.

SIGNED AND ENTERED THIS      Monday, September 18, 2006

DAVID C. GUADERRAMA, JUDGE

_____
ATTORNEY FOR DEFENDANT

_____
DEFENDANT

_____
ATTORNEY FOR STATE

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____ Deputy

AUG 0 8 2016



GOVERNMENT
EXHIBIT
028

ORIGINAL

FILED
IN THE 243rd DISTRICT COURT ROBERT SANCHEZ

OF EL PASO COUNTY, TEXAS 2005 DEC 22 PM 3 41

EL PASO CO. TEXAS

THE STATE OF TEXAS          §
                            §
VS.                         §     BY _NO_ 20050D03874_____
                            §
SAMUEL VELASCO              §

<u>STATE'S NOTICE TO ADVERSE PARTY OF INTENT
TO OFFER OUTCRY STATEMENT</u>

Comes now the State of Texas, in the above-styled and numbered cause, and with this Notice would show the Court the following:

This notice is filed on or before the 14$^{th}$ day before the date of trial in this case:

The offense made the basis of this prosecution was allegedly committed against a child, 12 years of age or younger;

Said Child is named in the indictments in this case;

Statements describing the alleged offense were made by the said child;

Said statements were made to a person (hereinafter, "Witness") other than the Defendant, 18 years of age or older;

The state intends to offer said Statements into evidence at trial and any other proceedings in this case;

A summary of what the State anticipates said Witness will testify to is as follows:

On or about January 12, 2005, the child told the witness that the Defendant, Samuel Velasco, had, at various times, kissed the child's breast;



On or about January 12, 2005, the child told the

witness that the Defendant, Samuel Velasco, had, at various

times, kissed the child's vagina; and

On or about January 12, 2005, the child told the

witness that the Defendant, Samuel Velasco, had, at various

times, exposed his genitals to the child.

A more detailed description of such Statements may be available for discovery in

accordance with the discovery policies of the El Paso District Attorney's Office and the

laws of the State of Texas.

Ruth Velasco is the witness through whom the State intends to offer said

Statements.

BILL C. ANDERSON
Assistant District Attorney
State Bar No. 01165965
500 E. San Antonio, Suite 201
El Paso, Texas 79901
(915) 546-2059
Fax (915) 533-5520

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Outcry was
mailed/faxed to Mary Stillinger, 4911 Alameda Ave, El Paso, Texas 79905, FAX
(915)775-1337, Attorney for Defendant, on this the 22d day of December, 2005.

BILL C. ANDERSON
Assistant District Attorney

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____ Deputy

AUG 08 2016

DISTRICT COURTS
EL PASO COUNTY, TEXAS

GOVERNMENT
EXHIBIT
**029**

IN THE 243rd DISTRICT COURT

OF EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS | ) | |
| | ) | |
| v. | ) | CASE NO. 2005OD03874 |
| | ) | |
| SAMUEL VELASCO | ) | |
| | ) | |

## AGREED ORDER TO CONTINUE TRIAL

On this the ____ day of January, 2006, the Court heard the State's Oral Motion to Continue Trial on the above entitled and number cause, and the Court is of the opinion that such motion should be granted. It is therefore ORDERED that the trial set for January 10, 2006 be continued.

SIGNED and ENTERED this ____ day of January, 2006.

_____
JUDGE

AGREED BY: _____
MARY STILLINGER

_____
ASSISTANT DISTRICT ATTORNEY

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____
Deputy
AUG 0 8 2016

GOVERNMENT
EXHIBIT

**030**

IN THE 243<sup>RD</sup> DISTRICT COURT

OF EL PASO COUNTY, TEXAS

FILED
GILBERT SANCHEZ

2006 JAN 3 PM 2 33

EL PASO ... XAS

BY

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| VS. | § |
| | § |
| SAMUEL VELASCO | § |

NO. 20050D03874

## STATE'S LIST OF POTENTIAL WITNESSES

COMES NOW the State of Texas, by and through her Assistant District Attorney, and hereby gives notice to Defendant, SAMUEL VELASCO, and his counsel, of the State's List of Potential Witnesses for the guilt and punishment phases of the trial. Such list does not include possible rebuttal witnesses who may arise as a result of the Defendant's theory of the case.

(1)   Sgt. J. Acosta, #861, EPPD

(2)   Det. J. Hinojos, #1848, EPPD

(3)   Det. A. Bowling, #1433, EPPD

(4)   Det. M. Martinez, #1892, EPPD

(5)   Ofc. M. Balderrama, #1942, EPPD

(6)   Ofc. H. Herrera, #2417, EPPD

(7)   Ofc. C. Ponce Jr., #2153, EPPD

(8)   Case Mgr. L. Moore, #T1184, EPPD

(9)   Custodian of Records, El Paso Police Department

(10)   Ruth Velasco, 2012 Thunder Ridge Dr., El Paso, TX

(11)   Andrea Avalos, by and through Ruth Velasco, 2012 Thunder Ridge Dr., El Paso, TX

(12)   Edgar Avalos, 10535 Montwood Dr., El Paso, TX

(13)    Laura Frescas, Advocacy Center for the Children of El Paso, 1100 E. Cliff Dr., Bldg. D., El Paso, TX

(14)    Brenda Graziano, Texas Department of Family and Protective Services

(15)    Custodian of Records, Texas Department of Family and Protective Services

(16)    Maria Lourdes Martinez, 612 Verea Sur, Fracionamento San Pablo, Juarez, Mexico

BILL C. ANDERSON
Assistant District Attorney
State Bar No. 01165965
500 E. San Antonio Street, Ste. 201
El Paso, Texas 79901
(915) 546-2059

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing State's List of Potential Witnesses was mailed/faxed to Mary Stillinger, 4911 Alameda Ave., El Paso, TX, 79901, FAX 775-1337, Attorney for Defendant on this the 3rd day of January, 2006.

BILL C. ANDERSON
Assistant District Attorney

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____
                          Deputy
AUG 0 8 2016

GOVERNMENT
EXHIBIT
031

**243RD DISTRICT COURT**

STATE OF TEXAS

v.

VELASCO, SAMUEL

CAUSE NO.: 20050D03874

**ORDER OF COURT SETTING**

1. This cause is **S E T** for the following:

   JUDGE'S CONFERENC
           09/18/2006    **01:30 PM**

   TRIAL
           09/19/2006    **08:00 AM**

2. The defendant is in jail:  B

3. The defendant's bondsman is:  LOLITA'S BAIL;DOB:6/20/75

3. The defendant's attorney is:  M STILLINGER

   and his precense at the time and place set out above is
   required.

   SIGNED AND ENTERED THIS   Tuesday, June 27, 2006

   DAVID C. GUADERRAMA, JUDGE

ATTORNEY FOR DEFENDANT

DEFENDANT

ATTORNEY FOR STATE

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By

AUG 0 8 2016



GOVERNMENT
EXHIBIT
**032**

AGENCY CASE # EPPD#05-013064                                          PID # 1077948

SUBPOENA—FELONY CASE                                          NO. 20050D03874 - DC243

THE STATE OF TEXAS

TO ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS—GREETING:
YOU ARE HEREBY COMMANDED TO SUMMON:

**RUTH VELASCO   500 E. SAN ANTONIO AVE.  EL PASO, TX 79903**

to be and appear

before the Honorable **243RD DISTRICT COURT** Judicial District Court of El Paso County, Texas to be held at the Court House in said Court, in El Paso, on the **27th** day of **June** A.D. **2006** at **8:00** o'clock **A.M.**
Then and there to testify as Witness whose testimony is material to the State in a criminal action pending in said Court, **(ADA BILL ANDERSON)**
wherein The State of Texas is Plaintiff and      **VELASCO, SAMUEL** is Defendant
and there remain from day to day and from term until discharged by due course of law.

Sheriff or Constable to make due return of this Writ, showing how you have the same, **INSTANTER.**
Witness my official signature and seal at El Paso, Texas and issued this **20th** day of **June** A.D. **2006**

176.8(a)   Contempt. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena was issued, or a district court in the county in which the subpoena was served, and may be punished by fine or confinement or both.

GILBERT SANCHEZ
Clerk, District Court, El Paso, County, Texas                        By _____ Deputy

ACCEPTANCE OF SERVICE

The undersigned witness named in this Subpoena acknowledges receipt of a copy thereof and hereby accepts and waives service of such subpoena.

6/20/06                    @ 1830
_____                    Signature of Witness and Date

Investigator Robert B. Gonzales 546-2059 Ext. 3025

**OFFICER'S RETURN**

Came to hand the **20** day of **June**, A.D. 20**06** at **6:30** o'clock **P**.M. and executed by delivering a copy of this subpoena in person to the within named witness at the following time and place to-wit:

NAME            TIME            PLACE & DISTANCE        MILEAGE

Samuel = person

BY Robert B Gonzales #416 Deputy
D.A. Investigator

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____ Deputy
AUG 0 8 2016

GOVERNMENT
EXHIBIT
**033**

**AGENCY CASE # 05-013064**
SUBPOENA—FELONY CASE

605 214

PID # 1077948
**NO. 20050D03874 - DC243**

THE STATE OF TEXAS

TO ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS—GREETING:
YOU ARE HEREBY COMMANDED TO SUMMON:

**RUTH VELASCO   2012 THUNDER RIDGE DR.   EL PASO, TEXAS 79938**

**Pretrial is set for Monday, 1/9/06, 11AM, at the District Attorney's office with ADA Bill Anderson, 546-2059 ext#3309. BRING ANDREA AVALOS.**

before the Honorable **243RD DISTRICT COURT** Judicial District Court of El Paso County, Texas to be held at the Court House in said Court, in El Paso, on the **10th** day of **January** A.D. **2006** at **8:00** o'clock **A.M.**
Then and there to testify as Witness whose testimony is material to the State in a criminal action pending in said Court, (ADA BILL ANDERSON)
wherein The State of Texas is Plaintiff and     **VELASCO, SAMUEL is Defendant**
and there remain from day to day and from term until discharged by due course of law.

Sheriff or Constable to make due return of this Writ, showing how you have the same, **INSTANTER.**
Witness my official signature and seal at El Paso, Texas and issued this **4th** day of **January** A.D. **2006**

176.8(a)    Contempt. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena was issued, or a district court in the county in which the subpoena was served, and may be punished by fine or confinement or both.

**GILBERT SANCHEZ**
Clerk, District Court, El Paso, County, Texas

By _____ Deputy

**ACCEPTANCE OF SERVICE**
The undersigned witness named in this Subpoena acknowledge receipt of a copy thereof and hereby accepts and waives service of such subpoena.

Signature of Witness and Date
**Investigator Robert B. Gonzales  546-2059 Ext. 3025**

**OFFICER'S RETURN**

Came to hand the **4th** day of **January** A.D. 20**06** at **3:55** o'clock **P**.M. and executed by delivering a copy of this subpoena in person to the within named witness at the following time and place to-wit:

|NAME|TIME|PLACE & DISTANCE|MILEAGE|LEO SAMANIEGO, SHERIFF EL PASO COUNTY, TEXAS|
|---|---|---|---|---|
|Ruth Velasco|01-07-06/2:28 P.M.|2012 Thunder Ridge EL Paso Tx|||

Fee $100.00   LEO SAMANIEGO, SHERIFF EL PASO   BY   DEPUTY ALBERT BANDA #3209   Deputy.

A TRUE COPY, I CERTIFY
NORMA FAVELA, District Clerk
By _____ Deputy
AUG 08 2016



GOVERNMENT
EXHIBIT
**034**

IN THE 243<sup>RD</sup> DISTRICT COURT

OF EL PASO COUNTY, TEXAS

2008 APR 14  PM 3 44

BY

THE STATE OF TEXAS          §
                            §
VS.                         §      NO. 20050D03874
                            §
SAMUEL VELASCO              §

### STATE'S AMENDED LIST OF POTENTIAL WITNESSES

COMES NOW the State of Texas, by and through her Assistant District Attorney, and hereby gives notice to Defendant, SAMUEL VELASCO, and his counsel, of the State's List of Potential Witnesses for the guilt and punishment phases of the trial. Such list does not include possible rebuttal witnesses who may arise as a result of the Defendant's theory of the case.

(1)   Sgt. J. Acosta, #861, EPPD

(2)   Det. J. Hinojos, #1848, EPPD

(3)   Det. A. Bowling, #1433, EPPD

(4)   Det. M. Martinez, #1892, EPPD

(5)   Ofc. M. Balderrama, #1942, EPPD

(6)   Ofc. H. Herrera, #2417, EPPD

(7)   Ofc. C. Ponce Jr., #2153, EPPD

(8)   Case Mgr. L. Moore, #T1184, EPPD

(9)   Custodian of Records, El Paso Police Department

(10)  Ruth Velasco, 2012 Thunder Ridge Dr., El Paso, TX

(11)  Andrea Avalos, by and through Ruth Velasco, 2012 Thunder Ridge Dr., El Paso, TX

(12)  Edgar Avalos, 10535 Montwood Dr., El Paso, TX

(13)   Laura Frescas, Advocacy Center for the Children of El Paso, 1100 E. Cliff Dr., Bldg. D., El Paso, TX

(14)   Brenda Graziano, Texas Department of Family and Protective Services

(15)   Custodian of Records, Texas Department of Family and Protective Services

(16)   Maria Lourdes Martinez, 612 Verea Sur, Fracionamento San Pablo, Juarez, Mexico

(17)   George Rodriguez, Court Interpreter, Court Services, 500 E. San Antonio

PENNY J. HAMILTON
Assistant District Attorney
State Bar No. 00793887
500 E. San Antonio Street, Ste. 201
El Paso, Texas 79901
(915) 546-2059

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing State's Amended List of Potential Witnesses was mailed/faxed to Joseph "Sib" Abraham, P.O. Box 512312, El Paso, TX, 79951-0004, FAX 532-4768, Attorney for Defendant on this the 14th day of April, 2008.

PENNY J. HAMILTON
Assistant District Attorney

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By
Deputy
AUG 08 2016

GOVERNMENT
EXHIBIT
**035**

### 243RD DISTRICT COURT

STATE OF TEXAS

v.

VELASCO, SAMUEL

CAUSE NO: 20050D03874

#### ORDER OF COURT SETTING

1. This cause is **S E T** for the following:

   JUDGE'S CONFERENC
          04/03/2006    **01:30 PM**

   TRIAL
          04/04/2006    **08:00 AM**

2. The defendant is in jail:   B

3. The defendant's bondsman is:   LOLITA'S BAIL;DOB:6/20/75

3. The defendant's attorney is:   M STILLINGER

   and his precense at the time and place set out above is

   required.

   SIGNED AND ENTERED THIS   Monday, January 09, 2006

   DAVID C. GUADERRAMA, JUDGE

_____
ATTORNEY FOR DEFENDANT

_____
DEFENDANT

_____
ATTORNEY FOR STATE

A TRUE COPY, I CERTIFY
NORMA L FAVELA, District Clerk

By _____
                Deputy
AUG 0 8 2016

