**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CRIMINAL NO:** |
| **v.** | § | **EP-15-CR-1646-DB** |
| | § | |
| **SAMUEL VELASCO GURROLA,** | § | |
| | § | |
| **Defendant.** | § | |

## GOVERNMENT'S EXHIBIT LIST

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files this Exhibit List for trial in the above-styled and numbered cause, set for October 11, 2016.  The Government reserves the right to amend or supplement this Exhibit List during trial, if needed.

| | |
|---|---|
| 1 | Samuel Sex Assault Clerk Copies- mtn substitute |
| 2 | Samuel Sex Assault Clerk Copies- 3.1.07 judge grant cont |
| 3 | Samuel Sex Assault Clerk Copies- def mtc 3.6.07 trial |
| 4 | Samuel Sex Assault Clerk Copies- ruth witness |
| 5 | Samuel Sex Assault Clerk Copies -7.31.07 trial date |
| 6 | Samuel Sex Assault Clerk Copies order granting mtn substitute |
| 7 | Samuel Sex Assault Clerk Copies def mtc 2.25.08 trial |
| 8 | Samuel Sex Assault Clerk Copies mtc 9.18.06 trial |
| 9 | Samuel Sex Assault Clerk Copies - ruth witness |
| 10 | Samuel Sex Assault Clerk Copies – dismissal |
| 11 | Samuel Sex Assault Clerk Copies - docket entry |
| 12 | Samuel Sex Assault Clerk Copies mtc 7.31.07 trial |
| 13 | Samuel Sex Assault Clerk Copies 2.26.08 trial |
| 14 | Samuel Sex Assault Clerk Copies ruth subpoena |
| 15 | Samuel Sex Assault Clerk Copies 1.10.06 trial |
| 16 | Samuel Sex Assault Clerk Copies 6.27.06 trial |
| 17 | Samuel Sex Assault Clerk Copies - ruth witness 1 |
| 18 | Samuel Sex Assault Clerk Copies notice expert |
| 19 | Samuel Sex Assault Clerk Copies - nunez witness |
| 20 | Samuel Sex Assault Clerk Copies 11.12.08 trial date |
| 21 | Samuel Sex Assault Clerk Copies 5.27.08 trial date |
| 22 | Samuel Sex Assault Clerk Copies 12.11.06 mtc trial |
| 23 | Samuel Sex Assault Clerk Copies 3.6.07 trial date |

| | |
|---|---|
| 24 | Samuel Sex Assault Clerk Copies - def witness |
| 25 | Samuel Sex Assault Clerk Copies - 12.9.08 trial |
| 26 | Samuel Sex Assault Clerk Copies 9.9.08 trial |
| 27 | Samuel Sex Assault Clerk Copies 12.12.06 trial |
| 28 | Samuel Sex Assault Clerk Copies - outcry notice |
| 29 | Samuel Sex Assault Clerk Copies jan 06 order cont trial |
| 30 | Samuel Sex Assault Clerk Copies - state witness |
| 31 | Samuel Sex Assault Clerk Copies 9.19.06 trial |
| 32 | Samuel Sex Assault Clerk Copies - ruth witness |
| 33 | Samuel Sex Assault Clerk Copies - ruth witness |
| 34 | Samuel Sex Assault Clerk Copies -  state amended list |
| 35 | Samuel Sex Assault Clerk Copies 4.4.06 trial |
| 36 | 3952 address plate |
| 37 | Black & white name plates |
| 38 | Front fsv house black & white |
| 39 | Front fsv house color |
| 40 | Window of fsv house |
| 41 | Door between study and living room |
| 42 | Reverse door between study and living room |
| 43 | Top of desk. |
| 44 | Study shelves |
| 45 | Cabinet with safe. |
| 46 | Safe |
| 47 | Electrical panel safe |
| 48 | Open Safe |
| 49 | Bullet hole glass |
| 50 | Bullet hole desk |
| 51 | FSV on floor 1 |
| 52 | FSV covered on the floor |
| 53 | FSV shot in face. |
| 54 | FSV gurney |
| 55 | Hotel sign |
| 56 | Hotel walkway |
| 57 | Walkway hotel gate |
| 58 | Fountain hotel |
| 59 | Lobby door hotel |
| 60 | Patio hotel |
| 61 | Gate hotel. |
| 62 | Manuela at hotel at CSE's death . |
| 63 | * exhibit will not be offered |
| 64 | * exhibit will not be offered |
| 65 | Rental record from thunder ridge |
| 66 | Avis Budget Business Records Affidavit |
| 67 | Avis Alfredo 8.13.09 Redacted |
| 68 | Avis dalia 9.28.08, 10.2.08, 11.27.08, 12.12.08, 12.28.08, 2.13.09, 9.2.09 |
| 69 | Avis samuel 2.4.10, 2.11.10, dalia 2.13.09 |

| | |
|---|---|
| 70 | Avis samuel 12.16.09 |
| 71 | Enterprise Business Records Affidavit |
| 72 | Enterprise samuel 1.26.10 and 1.27.10 redacted |
| 73 | Enterprise tkt subfolder 2 for ktx614 samuel |
| 74 | Enterprise tkt subfolder 2 for mkn233 samuel |
| 75 | Enterprise tkt subfolder for ktx614 samuel 1 |
| 76 | Enterprise tkt subfolder for mkn-233 samuel |
| 77 | Hertz dollar Business Records Affidavit |
| 78 | Hertz samuel 1.20.10 |
| 79 | Hertz alfredo 8.14.09 |
| 80 | Hertz billing for Infinity |
| 81 | Hertz dalia 12.31.08 |
| 82 | Samuel hertz 9.12.09 |
| 83 | Dalia rental graph |
| 84 | Samuel rental graph |
| 85 | Arturo murder crossing slide |
| 86 | Dalia murder rental slide |
| 87 | Dalia rental slides with alan and arturo crossings |
| 88 | Dalia f150 slide |
| 89 | Quinones rentals slides |
| 90 | Samuel velaso rental slides |
| 91 | Alan garcia death certificate |
| 92 | CSE death certificate |
| 93 | FSV death certificate |
| 94 | RM death certificate |
| 95 | Rodrigo Saenz death certificate |
| 96 | RSE death certificate |
| 97 | Graffos trans cert |
| 98 | All autopsies combined certified in Spanish |
| 99 | All autopsies translated into English with certs |
| 100 | Redacted autopsies combined certified in Spanish |
| 101 | Redacted autopsies translated into english with certs |
| 102 | Araceli certification |
| 103 | Photo of Alan Garcia |
| 104 | Photo of Alfredo Quinones |
| 105 | Photo of Alonzo Rodriguez |
| 106 | Photo of Ana Quezada |
| 107 | Photo of Escobedo family and kids – Seaworld |
| 108 | Photo of CSE |
| 109 | Photo of Dalia Valencia |
| 110 | Photo of Emmanuel Velasco |
| 111 | Photo of FSV |
| 112 | Photo of Arturo Garcia |
| 113 | Photo of Luis Daniel Nieves Ochoa AKA Homie aka Danny |
| 114 | Photo of Edgar Mendoza |
| 115 | Photo of Ricardo Bustos aka Bartolo |

3

| 116 | Photo of Roberto Martinez |
| 117 | Photo of Ruben Alejandro Garcia Valdivieso aka CHINO |
| 118 | Photo of Ruth Sagredo Escobedo |
| 119 | Photo of Samuel Velasco |
| 120 | Photo of Sib Abraha |
| 121 | Photo of Cesar Silva |
| 122 | Photo of Monica Velasco |
| 123 | Alan Garcia Body Diagram |
| 124 | FSV Body Diagram |
| 125 | RM Body Diagram |
| 126 | Rodigo Saenz Body Diagram |
| 127 | RSE Body Diagram |
| 128 | 488 PPB crossing history |
| 129 | 737 PPB crossing history |
| 130 | Alan Garcia crossing history |
| 131 | Arturo Garcia crossing history |
| 132 | Cesar Silva crossing history |
| 133 | CVB 596 crossing history |
| 134 | Mari Cruz-Garcia crossing history |
| 135 | Kia no orange sticker |
| 136 | Kia orange sitkcer |
| 137 | Kia w/ police tags |
| 138 | Kia at scene |
| 139 | Kia photo 1 |
| 140 | Kia photo 2 |
| 141 | 2012 and 2013 Thunder Ridge Map |
| 142 | 2012 Thunder Ridge photo |
| 143 | 2013 Thunder Ridge photo |
| 144 | Certified driver's license of Alfredo Quinones |
| 145 | Certified driver's license of Dalia Valencia |
| 146 | Certified driver's license of Samuel Velasco |
| 147 | Jose Meza Barraza |
| 148 | Pharmacy picture 1 |
| 149 | Pharmacy picture 2 |
| 150 | Samuel Velasco, Sr. |
| 151 | Samuel and Ruth Marriage Certificate |
| 152 | Samuel masks |
| 153 | Final trial exhibit with deaths |
| 154 | Final trial exhibit without deaths |
| 155 | Floor Plan |
| 156 | Arturo Garcia proffer 6.23.15 |
| 157 | Arturo Garcia proffer 5.17.15 |
| 158 | Arturo Garcia proffer 6.23.15 (duplicate) |
| 159 | Arturo Garcia proffer 10.7.11 |
| 160 | Alonzo Rodriguez Plea Agreement |
| 161 | Alonzo Rodriguez proffer |

| | |
|---|---|
| 162 | Cesar Silva Plea Agreement |
| 163 | Cesar Silva Proffer |
| 164 | Title of car from Dalia to Cesar |
| 165 | Title of car from Samuel to Cesar |
| 166 | Title of car Samuel falsely reported stolen - truck |
| 167 | Title of car Samuel falsely reported stolen – Mitsubishi |
| 168 | Photo of 85k |
| 169 | Photo of Bag with 85k |
| 170 | * exhibit will not be offered |
| 171 | Photo of CS and Jose Rodriguez |
| 172 | Additional Photo of CS and Jose Rodriguez |
| 173 | Photo of Jose Rodriguez and bag |
| 174 | Additional photo of Jose Rodriquez and bag |
| 175 | Photo of Jose Rodriguez walking |
| 176 | Photo of Samuel's Isuzu vehicle |
| 177 | Beatriz' check for attorney fees |
| 178 | Samuel's purchase of 9 mm and business records affidavit |
| 179 | * exhibit will not be offered |
| 180 | SM and Samuel child support order |

Respectfully Submitted,

RICHARD L. DURBIN, JR.

UNITED STATES ATTORNEY


BY:      _____/s/_____
DAPHNE NEWAZ
Assistant U.S. Attorney
Texas Bar # 24056036
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884

5

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to Attorney for Defendant, Brock Benjamin.

_____/s/_____

**DAPHNE NEWAZ**
Assistant U.S. Attorney

6