**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NO. EP-15-CR-1646(2)-DB** |
| ) | |
| **SAMUEL VELASCO  GURROLA,** ) | |
|     **Defendant,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **JP MORGAN CHASE BANK, N.A.,** ) | |
| ) | |
|     **Garnishee.** ) | |

## MOTION TO UNSEAL GARNISHMENT DOCUMENTS

COMES NOW the United States of America and files this Motion to Unseal Garnishment Documents.  In support hereof, Plaintiff shows as follows:

The Garnishee JP Morgan Chase Bank, N.A. has been served with the writ of garnishment.  It is no longer necessary for these proceedings to be sealed.  The United States of America therefore moves this Court to unseal the following documents:

- Government's Motion to Seal Garnishment Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment;
- Clerk's Notice of Post-Judgment Garnishment; and
- Any other documents filed pertaining to this garnishment proceeding.

Respectfully submitted,

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

By:  /s/ *Steven E. Seward*

**STEVEN E. SEWARD**
Assistant United States Attorney
Florida Bar No. 29546
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
Telephone: (210) 384-7259
Facsimile:  (210) 384-7247
E-mail: Steven.Seward@usdoj.gov

**KRISTY K. CALLAHAN**
Assistant United States Attorney
Mississippi Bar No. 101255
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
Telephone: (210) 384-7255
Facsimile:  (210) 384-7247
E-mail: Kristy.Callahan@usdoj.gov

**ATTORNEYS FOR UNITED STATES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system and served via ECF on this 22nd day of August 2017, to the following CM/ECF participant:

Truman E. Spring, Jr.
Spring Law Firm
1412 Main Street, Suite 750
The Adolphus Tower
Dallas, TX 75202-4037
***Garnishee's Attorney***

I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system on this 22nd day of August 2017, and hereby certify that I have mailed by United States Postal Service the Motion to Unseal to the following non-CM/ECF participant:

Samuel Valasco Gurrola
Reg. No. 51956-380
USP Victorville
U.S. Penitentiary
P.O. Box 3900
Adelanto, CA 92301
***Defendant***

/s/ *Steven E. Seward*
**STEVEN E. SEWARD**
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NO. EP-15-CR-1646(2)-DB** |
| ) | |
| **SAMUEL VELASCO  GURROLA,** ) | |
|     **Defendant,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **JP MORGAN CHASE BANK, N.A.,** ) | |
| ) | |
|     **Garnishee.** ) | |

## ORDER UNSEALING DOCUMENTS

The United States of America has moved to unseal previously filed documents. The Court

finds that there is no longer a need to seal documents herein because garnishee to this garnishment

proceeding has been noticed with the writ.  The Court therefore grants the motion and orders that

previously sealed documents filed in the garnishment proceeding be unsealed, to-wit:

- Motion to Seal Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment;
- Clerk's Notice of Post-Judgment Garnishment; and
- Any other document filed under seal in this garnishment proceeding.

    IT IS SO ORDERED.

DATED: _____        _____

                                 DAVID BRIONES
                                 SENIOR UNITED STATES DISTRICT JUDGE